EMMA B. HERTZ, executrix of Isaac Hertz, deceased, and THE NEWARK BARK COMPANY, appellants,

*v.*

MARTHA CARR et al., respondents.

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *Carr* v. *Hertz, 9 Dick. Ch. Rep. 127.*

---

Miller *v.* Bannister.

---

*Mr. Chandler W. Riker*, for the appellants.

*Mr. James E. Howell*, for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BARKALOW, BOGERT, DAYTON, HENDRICKSON. NIXON—12.

*For reversal*—None.